AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| SCHWEITZZ DIST. INC., a New York Corporation <br><br> *Plaintiff* <br> v. <br> LA TAX FREE SHOP; BYUNG HOON PARK; KEUM JU PARK AND DOES 1 THROUGH 10, <br><br> *Defendants* | Civil Action No. <br><br> CV 16-6865 <br><br> VITALIANO, J. <br><br> BLOOM, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LA TAX-FREE SHOP
PMB 471 PPP BOX 10000
SAIPAN, MP 96950
NORTHERN MARINA ISLANDS

BYUNG HOON PARK
PMB 471 PPP BOX 10000
SAIPAN, MP 96950
NORTHERN MARINA ISLANDS

KEUM JU PARK
PMB 471 PPP BOX 10000
SAIPAN, MP 96950
NORTHERN MARINA ISLANDS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles H. Lee
154-08 Northern Blvd. Suite #2G
Flushing, New York 11354

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

DEC 13 2016

Date: _____

*Signature of Clerk or Deputy Clerk*